UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D'ARRIGO BROS. CO. OF NEW YORK, INC., <br><br>                                  Plaintiff, <br><br>                    -v.- <br><br> ABDALLAH HOLDINGS INC., et al., <br><br>                                  Defendants. | 23 Civ. 08560 (JHR) <br><br> <u>ORDER</u> |

JENNIFER H. REARDEN, District Judge:

    On October 3, 2023, the Court issued an Order granting Plaintiff's application for a temporary restraining order and requiring Defendants to show cause why a preliminary injunction should not issue pursuant to Federal Rule of Civil Procedure 65(b).  ECF No. 18.  Pursuant to the October 3 Order, the show cause proceeding will take place on October 17, 2023 at 11:30 a.m.  *Id.* at 1.

    In view of the foregoing, the conference on Plaintiff's emergency applications scheduled for October 4, 2023, *see* ECF No. 15, is canceled.

    By October 4, 2023, Plaintiff shall serve on Defendants a copy of this Order.

    SO ORDERED.

Dated: October 3, 2023
       New York, New York

_____<br>
JENNIFER H. REARDEN<br>
United States District Judge