UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D'ARRIGO BROS. CO. OF NEW YORK, INC., | |
| Plaintiff, | 23 Civ. 08560 (JHR) |
| -v.- | ORDER |
| ABDALLAH HOLDINGS INC. et al., | |
| Defendants. | |

JENNIFER H. REARDEN, District Judge:

The parties settled this case by Stipulation and Order dated October 5, 2023. ECF No. 22. The Court retained jurisdiction over the action during the pendency of the parties' performance under the Stipulation and Order. *See id.* ¶ 11. The parties' obligations under the Stipulation and Order should now be satisfied. *See id.* ¶ 3.

The parties are ORDERED to show cause on or before **February 23, 2024** why this case should not be closed.

SO ORDERED.

Dated: February 17, 2024
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge