UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D'ARRIGO BROS. CO. OF NEW YORK, INC., <br><br> Plaintiff, <br><br> -v.- <br><br> ABDALLAH HOLDINGS INC. et al., <br><br> Defendants. | 23 Civ. 08560 (JHR) <br><br> <u>ORDER</u> |

JENNIFER H. REARDEN, District Judge:

    The Court retained jurisdiction over this action during the pendency of the parties' performance under the Stipulation and Order dated October 5, 2023 that settled this case. *See* ECF No. 22 ¶ 11. Plaintiff has informed the Court that Defendants "have complied with their payment obligations" under the Stipulation and Order, and that they have no objection to the case being closed. ECF No. 26.

    The Clerk of Court is respectfully directed to close this case.

    SO ORDERED.

Dated: February 28, 2024
       New York, New York

                                                                        JENNIFER H. REARDEN
                                                                        United States District Judge